B1 (Official Form 1) (12/11)

| **United States Bankruptcy Court**<br>*NORTHERN* DISTRICT OF *FLORIDA* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Grete, Robert Clinton* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Grete, Tiffany Lee* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *4837* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *2892* |
| Street Address of Debtor (No. & Street, City, and State):<br>*2413 Duncan Drive*<br>*Niceville, FL*      ZIPCODE *32578* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*2413 Duncan Drive*<br>*Niceville, FL*      ZIPCODE *32578* |
| County of Residence or of the<br>Principal Place of Business: *Okaloosa* | County of Residence or of the<br>Principal Place of Business: *Okaloosa* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*      ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*      ZIPCODE | |

| Type of Debtor (Form of organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☒ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☒ Debts are primarily business debts.

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Chapter 11 Debtors:<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .<br>------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|---|

| Filing Fee (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                                           FORM B1, Page **2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Robert Clinton Grete and* <br> *Grete, Tiffany Lee* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ *02/13/2013* <br> Signature of Attorney for Debtor(s)                        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.
☒  No .

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                              FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Robert Clinton Grete and**<br>**Grete, Tiffany Lee** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Clinton Grete**
  Signature of Debtor

X **/s/ Grete, Tiffany Lee**
  Signature of Joint Debtor

_____
  Telephone Number (if not represented by attorney)

**02/13/2013**
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
  (Printed name of Foreign Representative)

_____
  (Date)

---

**Signature of Attorney***

X **/s/ J. Steven Ford, Esquire**
  Signature of Attorney for Debtor(s)

**J. Steven Ford, Esquire 512869**
  Printed Name of Attorney for Debtor(s)

**Wilson, Harrell, Farrington & Ford**
  Firm Name

**Post Office Drawer 13430**
  Address

**Pensacola, FL  32591**

**(850) 438-1111**
  Telephone Number

**02/13/2013**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

_____
  Printed Name of Authorized Individual

_____
  Title of Authorized Individual

_____
  Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## NORTHERN DIVISION

In re *Robert Clinton Grete and Grete, Tiffany Lee*

Case No. _____

Chapter  *11*

_____/ Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $        995,000.00 | | |
| B-Personal Property | Yes | 4 | $         37,929.68 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 3 | | $      2,822,245.62 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $             0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $        244,011.38 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $         13,648.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $         14,000.00 |
| TOTAL | | 18 | $      1,032,929.68 | $      3,066,257.00 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# NORTHERN DIVISION

In re *Robert Clinton Grete and Grete, Tiffany Lee*

Case No. _____

Chapter   *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_                    Case No. _____
                          Debtor                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____19_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _2/13/2013_                    Signature _/s/ Robert Clinton Grete_____
                                                          Robert Clinton Grete


Date: _2/13/2013_                    Signature _/s/ Grete, Tiffany Lee_____
                                                          Grete, Tiffany Lee

                                                 [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_____ ,   Case No._____
  Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 906 Nutmeg Avenue, Niceville FL 32578 | Fee Simple | | $80,000.00 | $80,000.00 |
| 1305 N 23rd Street, Niceville FL 32578 | Fee Simple | J | $85,000.00 | $85,000.00 |
| 1092 Forest Lake Terrace, Niceville, FL 32578 | Fee Simple | J | $160,000.00 | $160,000.00 |
| 110 Lincolnshire, Niceville, FL 32578 | Fee Simple | J | $115,000.00 | $115,000.00 |
| 21 Kelly Way, Valparaiso, FL 32580 | Fee Simple | J | $70,000.00 | $70,000.00 |
| 2413 Duncan Drive, Niceville FL 32578 | Fee Simple | J | $485,000.00 | $485,000.00 |
| | | | | |

No continuation sheets attached

**TOTAL $**   995,000.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_____ ,        Case No. _____
                          Debtor(s)                                                      (If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _cash_<br>_Location: In debtor's possession_ | J | $316.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Eglin FCU_<br>_838 Eglin Pkwy NE_<br>_Fort Walton Beach FL 32547_<br>_Acct ending in 2852_<br>_Checking_<br>_Location: In debtor's possession_ | J | $247.83 |
| | | _Eglin FCU_<br>_838 Eglin Pkwy NE_<br>_Fort Walton Beach FL 32547_<br>_Acct ending in 4962_<br>_Location: In debtor's possession_ | J | $5.47 |
| | | _Eglin Federal Credit Union_<br>_838 Eglin Pkwy NE_<br>_Fort Walton Beach FL 32547_<br>_Acct ending in 2852_<br>_Savings_<br>_Location: In debtor's possession_ | J | $30.46 |
| | | _Eglin Federal Credit Union_<br>_838 Eglin Parkway NE_<br>_Fort Walton Beach FL_<br>_Acct ending in 9627_<br>_Location: In debtor's possession_ | J | $263.92 |

Page __1__ of __4__

B6B (Official Form 6B) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_ ,          Case No. _____
                        Debtor(s)                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | City of Niceville<br>204 North Partin Drive<br>Niceville FL 32578<br>Location: In debtor's possession | J | $60.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings:<br><br>See Attached "Exhibit A"<br>Location: In debtor's possession | J | $3,486.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing<br>Location: In debtor's possession | J | $100.00 |
| 7. Furs and jewelry. | | Furs and Jewelry:<br>Weddings Rings: $350.00<br>Cheap watches, ear rings, bracelets, and necklaces: $75.00<br>Location: In debtor's possession | J | $425.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Cameras:<br>Old Nikon Camera: $35.00<br>Analog Video Camera (broken): $10.00<br>Nikon Analog Camera: $75.00<br>Nikon Digital Camera: $250.00<br>Location: In debtor's possession | J | $370.00 |
| | | Golf Clubs (old)<br>Location: In debtor's possession | J | $25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln National Policy<br>Location: In debtor's possession | J | $6,900.00 |

Page __2__ of __4__

B6B (Official Form 6B) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_ ,          Case No. _____
                    Debtor(s)                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Sun Life Policy_ _Location: In debtor's possession_ | J | $5,700.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | _BPN Outside the Box, LLC_ _Location: In debtor's possession_ | J | $0.00 |
| | | _Renovation Services Company_ _Location: In debtor's possession_ | J | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _Rent (possibly uncollectable)_ _Location: In debtor's possession_ | J | $2,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Possible BP Claim (was originally denied but might try to pursue again)_ _Location: In debtor's possession_ | J | Unknown |

B6B (Official Form 6B) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_____,      Case No. _____
                                   Debtor(s)                                                  (If known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2002 Nissan Frontier_ Location: In debtor's possession | J | $4,000.00 |
| | | _2007 Honda Odyssey_ Location: In debtor's possession | J | $13,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page _4_ of _4_

Total ➡ $37,929.68

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _Robert Clinton Grete and Grete, Tiffany Lee_____ ,    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　　　□ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

□ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _2413 Duncan Drive, Niceville FL 32578_ | _Fl. Const.Art. 10 §4(a)(1), FSA §§222.01, 222.02, 222.05_ | $ 0.00 | $ 485,000.00 |
| _Household Goods and Furnishings_ | _Fl Const. Art. 10 §4(a)(2), FSA §222.061_ | $ 2,000.00 | $ 3,486.00 |
| _Lincoln National Policy_ | _Fl. Stat. Ann. §222.14_ | $ 6,900.00 | $ 6,900.00 |
| _Sun Life Policy_ | _Fl. Stat. Ann. §222.14_ | $ 5,700.00 | $ 5,700.00 |
| _2002 Nissan Frontier_ | _Fl. Stat. Ann. §222.25(1)_ | $ 1,000.00 | $ 4,000.00 |
| _2007 Honda Odyssey_ | _Fl. Stat. Ann. §222.25(1)_ | $ 1,000.00 | $ 13,500.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_ _____,   Case No. _____
                              **Debtor(s)**                                            (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 1 <br> BAC Home Loans <br> c/o Ronald R. Wolfe & Assoc <br> PO Box 25018 <br> Tampa FL 33622-5018 | | J | 1305 N 23rd Street, Niceville FL 32578 <br><br><br> Value: $ 85,000.00 | | | | $ 109,746.26 | $ 24,746.26 |
| Account No: 9333 <br><br> Creditor # : 2 <br> Bank of America <br> P.O. Box 5170 <br> Simi Valley CA 93062-5170 | | J | Mortage on real property <br> 1092 Forest Lake Terrace, Niceville, FL 32578 <br><br> Value: $ 160,000.00 | | | | $ 197,656.06 | $ 37,656.06 |

2   continuation sheets attached

Subtotal $ (Total of this page)   $ 307,402.32   $ 62,402.32

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Robert Clinton Grete and Grete, Tiffany Lee_ _____,   Case No._____
Debtor(s)   (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 8321  Creditor # : 3 Credit Control, LLC PO Box 4187 Hazelwood MO 63042 | J | Second Mortgage  2413 Duncan Drive, Niceville FL 32578  Value: $ 485,000.00 | | | | $ 429,514.76 | $ 429,514.76 |
| Account No: 7512  Creditor # : 4 Nationstar Mortgage PO Box 650783 Dallas TX 75265 | J | Mortage on real property  21 Kelly Way, Valparaiso, FL 32580  Value: $ 70,000.00 | | | | $ 120,000.00 | $ 50,000.00 |
| Account No: 6975  Creditor # : 5 PennyMac Loan Services, LLC PO Box 514387 Los Angeles CA 90051-4387 | J | mortgage  2413 Duncan Drive, Niceville FL 32578  Value: $ 485,000.00 | | | | $ 1,259,843.96 | $ 774,843.96 |
| Account No: 3232  Creditor # : 6 Real Time Solutions PO Box 35888 Dallas TX 75235 | J | 1305 N 23rd Street, Niceville FL 32578  Value: $ 85,000.00 | | | | $ 107,934.04 | $ 107,934.04 |
| Account No: 3229  Creditor # : 7 Real Time Solutions, Inc. PO Box 35888 Dallas TX 75235 | H | Second Mortgage  110 Lincolnshire, Niceville, FL 32578  Value: $ 115,000.00 | | | | $ 118,670.32 | $ 118,670.32 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) | $ 2,035,963.08 | $ 1,480,963.08
Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Robert Clinton Grete and Grete, Tiffany Lee_      Case No._____
                         **Debtor(s)**                                                   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0338*<br><br>*Creditor # : 8*<br>*Seterus Inc.*<br>*14523 SW Millikan Way Ste 200*<br>*Beaverton OR 97005* | J | *First Mortgage*<br><br>*906 Nutmeg Avenue, Niceville, FL 32578*<br><br>Value: *$ 80,000.00* | | | | *$ 209,734.23* | *$ 129,734.23* |
| Account No:<br><br>*Creditor # : 9*<br>*SunTrust Bank*<br>*c/o Arthur D. Rubin, Esq.*<br>*PO Box 47718*<br>*Jacksonville FL 32247-7718* | J | *1092 Forest Lake Terrace, Niceville, FL 32578*<br><br>Value: *$ 160,000.00* | | | | *$ 141,376.71* | *$ 141,376.71* |
| Account No: *5495*<br><br>*Creditor # : 10*<br>*The Bank of New York Mellon*<br>*c/o Shapiro, Fishman & Gache*<br>*4630 Woodland Corp. Ste 100*<br>*Tampa FL 33614* | J | *Mortage on real property*<br><br>*110 Lincolnshire, Niceville, FL 32578*<br><br>Value: *$ 115,000.00* | | | | *$ 127,769.28* | *$ 12,769.28* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | *$ 478,880.22* | *$ 283,880.22* |
| Total $<br>(Use only on last page) | *$ 2,822,245.62* | *$ 1,827,245.62* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Robert Clinton Grete and Grete, Tiffany Lee_____ ,          Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_____,     Case No._____
                        **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | H | | | | | $ 7,185.47 |
| Creditor # : 1 Cavalry Portfolio Services, LLC 500 Summit Lake Drive Ste 400 Valhalla NY 10595-1340 | | Default Final Judgment 2011 CC 2623 Cavalry Portfolio Services v. Robert C. Grete | | | | |
| Account No:  9253 | J | | | | | $ 53,854.71 |
| Creditor # : 2 BAC Home Loans c/o Marshall C. Watson 1800 NW 49th St Ste 120 Fort Lauderdale FL 33309 | | judgment BAC Home Loans v. Robert C. Grete, et al 2009-CA-004440 | | | | |
| Account No: | J | | | | | $ 97,654.88 |
| Creditor # : 3 Bank of America P.O. Box 5170 Simi Valley CA 93062-5170 | | Unsecured second mortgage after foreclosure | | | | |

_2 continuation sheets attached_

                                          Subtotal $           $ 158,695.06

                                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Robert Clinton Grete and Grete, Tiffany Lee_____,    Case No._____
                    **Debtor(s)**                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>Chase<br>1191 E. Newport Center Dr.<br>Suite 101<br>Deerfield Beach FL 33442 | | H | judgment<br>2009-CC-001826<br>Chase Bank USA v. Robert C. Grete | | | | $ 6,404.55 |
| Account No: 0526<br>Creditor # : 5<br>Convergent Outsourcing, Inc.<br>10750 Hammerly Blvd. #200<br>Houston TX 77043 | | H | Credit Card Purchases | | | | $ 21,540.45 |
| Account No: 62L1<br>Creditor # : 6<br>Eglin Federal Credit Union<br>838 Eglin Pkwy NE<br>Fort Walton Beac FL 32547 | | H | Line of credit | | | | $ 6,759.01 |
| Account No: 3659<br>Creditor # : 7<br>Midland Credit Management<br>8875 Aero Drive Ste 200<br>San Diego CA 92123 | | W | Credit Card Purchases | | | | $ 9,068.64 |
| Account No: 5868<br>Creditor # : 8<br>National Enterprise System<br>29125 Solon Road<br>Solon OH 44139 | | W | Credit Card Purchases | | | X | $ 22,626.77 |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of                         Subtotal $     $ 66,399.42
Creditors Holding Unsecured Nonpriority Claims                                              Total $
                                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robert Clinton Grete and Grete, Tiffany Lee_____ ,    Case No._____
                    **Debtor(s)**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:    2906<br><br>Creditor # : 9<br>Van Ru Credit Corporation<br>11069 Strang Line Rd. Bldg E<br>Lenexa KS 66215 | H | Credit Card Purchases<br>Discover Card | | | | $ 18,916.90 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No.   _2_  of   _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal $      $ 18,916.90

                                             Total $      $ 244,011.38
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_ _____ / Debtor     Case No. _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Danny Davis_<br>_1092 Forest Lake Terrace_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _1092 Forst Lake Terrace_<br><br>Buyout Option: |
| _David & Deidra Fort_<br>_110 Lincolnshire_<br>_Niceville FL   32578_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _110 Lincolnshire, Niceville FL_<br><br>Buyout Option: |
| _Lawrence & Takako Lee_<br>_21 Kelly Way_<br>_Valparaiso FL   32580_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _21 Kelly Way, Valpariso FL_<br><br>Buyout Option: |
| _Mark Curran_<br>_906 Nutmeg Ave_<br>_Niceville FL   32578_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _906 Nutmeg Avenue, Niceville FL_<br><br>Buyout Option: |
| _Walter Kane_<br>_1305 23rd Street_<br>_Niceville FL   32578_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _1305 23rd Street, Niceville FL 32578_<br><br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _Robert Clinton Grete and Grete, Tiffany Lee_____ / Debtor      Case No. _____
                                                                                        (if known)

## SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re *Robert Clinton Grete and Grete, Tiffany Lee* _____ ,   Case No. _____

Debtor(s)                                                                                       (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP(S):<br>*Daughter*<br>*Daughter*<br>*Daughter*<br>*Son* | AGE(S):<br>*14*<br>*11*<br>*8*<br>*5* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Self Employed* | *Self Employed* |
| Name of Employer | *BPN Outside the Box* | *BPN Outside the Box* |
| How Long Employed | *6 years* | *6 years* |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *1,300.00* | $ | *1,248.00* |
| 2. Estimate monthly overtime | $ | *0.00* | $ | *0.00* |
| 3. SUBTOTAL | $ | *1,300.00* | $ | *1,248.00* |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | *0.00* | $ | *0.00* |
| b. Insurance | $ | *0.00* | $ | *0.00* |
| c. Union dues | $ | *0.00* | $ | *0.00* |
| d. Other (Specify): | $ | *0.00* | $ | *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *0.00* | $ | *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *1,300.00* | $ | *1,248.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *3,500.00* | $ | *3,500.00* |
| 8. Income from real property | $ | *4,100.00* | $ | *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ | *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| 11. Social security or government assistance<br>(Specify): | $ | *0.00* | $ | *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ | *0.00* |
| 13. Other monthly income<br>(Specify): | $ | *0.00* | $ | *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *7,600.00* | $ | *3,500.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | *8,900.00* | $ | *4,748.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | *13,648.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re <u>Robert Clinton Grete and Grete, Tiffany Lee</u>          ,     Case No. _____
                             Debtor(s)                                        (If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,300.00 |
|   a. Are real estate taxes included?   Yes ☒  No ☐ | | |
|   b. Is property insurance included?   Yes ☒  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 400.00 |
|   b. Water and sewer | $ | 100.00 |
|   c. Telephone | $ | 0.00 |
|   d. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 850.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | 0.00 |
|   b. Life | $ | 75.00 |
|   c. Health | $ | 0.00 |
|   d. Auto | $ | 135.00 |
|   e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | 0.00 |
|   b. Other: | $ | 0.00 |
|   c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 5,520.00 |
| 17. Other:   *Hair Cuts* | $ | 35.00 |
|     Other:   *Household supplies* | $ | 135.00 |
|     Line 17 Continuation Page Total (see continuation page for itemization) | $ | 550.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 14,000.00 |
|   and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|   a. Average monthly income from Line 16 of Schedule I | $ | 13,648.00 |
|   b. Average monthly expenses from Line 18 above | $ | 14,000.00 |
|   c. Monthly net income (a. minus b.) | $ | (352.00) |

B6J(Official Form 6J)(12/07)-Continuation Page

In re _Robert Clinton Grete and Grete, Tiffany Lee_____,        Case No. _____
        **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

17. (continuation) OTHER EXPENSES

| | | |
|---|---|---|
| _Lawn Maintenance_ | $ | 50.00 |
| _Gifts_ | $ | 100.00 |
| _Other_ | $ | 400.00 |
| Line 17 Continuation Page Total (seen as line Item "17" on Schedule J) | $ | 550.00 |

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# NORTHERN DIVISION

In re:*Robert Clinton Grete*
    *and*
    *Grete, Tiffany Lee*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

*Year to date:6950.00*
  *Last Year:13900.00*
*Year before:14981.00*

*Year to date:6872.00*
  *Last Year:16061.00*
*Year before:15866.00*

---

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

Form 7 (04/10)

a joint petition is not filed.)

AMOUNT                                        SOURCE

*Year to date:4700.00*          *rental*
*    Last Year:60000.00*
*Year before: Net Loss*

---

### 3. Payments to creditors

None    Complete a. or b., as appropriate, and c.
☒
a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the
☒       commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or
☒       were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☐       (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Robert Grete v. Mark Curran 2013 CC 000242* | *Eviction* | *Okaloosa County Court* | *open* |
| *Cavalry Portfolio Services, LLC v. Robert C. Grete 2011 CC 002623* | *Contract & Indebtedness* | *Okaloosa County Civil* | *Judgment entered. Case closed.* |
| *Just Digital USA LLC v. Renovation Services Company, LLC 2010 CA 003777* | *Contract & Indebtedness* | *Okaloosa County Circuit Civil* | *Judgment entered and case closed.* |

Form 7 (04/10)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Suntrust Bank v. Robert C. Grete 2010 CA 000418* | *Foreclosure* | *Okaloosa County Circuit Civil* | *open (judgment entered)* |
| *Chase Bank USA v. Robert C. Grete 2009 CC 001826* | *Contract & Indebtedness* | *Okaloosa County Civil* | *Reopened* |
| *BAC Home Loans v. Robert C. Grete 2009 CA 004440* | *Foreclosure* | *Okaloosa County Circuit Civil* | *closed* |
| *Pennymac Corp v. Robert C. Grete 2009 CA 004209* | *Foreclosure* | *Okaloosa County Circuit Civil* | *Dismissed* |
| *Greenpoint Mortgage v. Robert C. Grete 2009 CA 003967* | *Foreclosure* | *Okaloosa County Circuit Civil* | *Closed.* |
| *BAC Home Loans v. Robert C. Grete 2009 CA 003480* | *Foreclosure* | *Okaloosa County Circuit Civil* | *open* |
| *The Bank of New York v. Robert C. Grete 2009 CA 003305* | *Foreclosure* | *Okaloosa Circuit Civil* | *judgment entered, case is still pending* |
| *Countrywide Home Loans v. Robert C. Grete 2009 CA 003099* | *Foreclosure* | *Okaloosa County Circuit Civil* | *Judgment entered and case closed.* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Form 7 (04/10)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name: Bank of America<br>Address: P.O. Box 5170<br>Simi Valley, CA 93062-5170 | 08/08/2011 | Description: 617 Fir Avenue, Niceville FL<br>Value:Sold to FNMA for $41,100.00 |

---

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Name:Church<br>Addresss: | Church | | Description: Cash<br>Value: $3545.00 |

---

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: J. Steven Ford, Esquire<br>Address:<br>Post Office Drawer 13430<br>Pensacola, FL 32591 | Date of Payment:<br>Payor: Robert Clinton Grete | $15,000.00 Received. Attorney Fee's in the amount of $300.00 an hour and Paralegal Fees in the amount of $75.00 an hour will be charged (See 2016 (B) Statement and Affidavit of Attorney) |

Form 7 (04/10)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Mark A. Violette, PA* <br> *Address:PO Box 5129,* <br> *Niceville FL 32578* | *Date of Payment:1/16/2013* <br> *Payor:Robert C. Grete and* <br> *Tiffany Grete* | *$1116.75* |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Stock in TD Ameritrade* | | *Stock $1548.07* <br> *MM Funds- $1001.93* |

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

---

**14. Property held for another person**

None  ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Owner:* <br> *Address:* | *Description:* <br> *Value:* | *See attached* <br> *"Exhibit B"* |

---

**15. Prior address of debtor**

None  ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None  ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None  ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None  ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None  ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None  ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

Form 7 (04/10)

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Renovation Services Company, LLC, d.b.a. Blueprints Now!* | *ID:20-4424605* | *2413 Duncan Drive, Niceville FL 32578* | *Construction & Renovation* | *02/2006 to 10/2011* |
| *BPN Outside the Box, LLC,* | *ID:45-3531043* | *1130B Hospital Road, Ft Walton Beach, FL 32543* | *Construction and Renovation (took over for Renovation Services Company, LLC & Blueprints Now in 2012)* | *2012 through current* |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of
☒   books of account and records of the debtor.

None   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records,
☒   or prepared a financial statement of the debtor.

Form 7 (04/10)

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Form 7 (04/10)

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *02/13/2013*            Signature   */s/ Robert Clinton Grete*
                              of Debtor

Date  *02/13/2013*            Signature   */s/ Grete, Tiffany Lee*
                              of Joint Debtor
                              (If any)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## NORTHERN DIVISION

In re *Robert Clinton Grete*
   *and*
   *Grete, Tiffany Lee*

_____ / Debtor

Case No.
Chapter  *11*

Attorney for Debtor:   *J. Steven Ford, Esquire*


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.



Date: *02/13/2013*_____

*/s/ Robert Clinton Grete*_____
Debtor

*/s/ Grete, Tiffany Lee*_____
Joint Debtor

Robert Clinton Grete
2413 Duncan Drive
Niceville, FL  32578

Eglin Federal Credit Union
838 Eglin Pkwy NE
Fort Walton Beac, FL  32547


Grete, Tiffany Lee
2413 Duncan Drive
Niceville, FL  32578

Midland Credit Management
8875 Aero Drive Ste 200
San Diego, CA  92123


J. Steven Ford, Esquire
Post Office Drawer 13430
Pensacola, FL  32591

National Enterprise System
29125 Solon Road
Solon, OH  44139


U.S. Trustees Office
1418 Richard Russell Bldg
75 Spring St, S.W.
Atlanta, GA  30303

Nationstar Mortgage
PO Box 650783
Dallas, TX  75265


Cavalry Portfolio Services, LI
500 Summit Lake Drive Ste 400
Valhalla, NY  10595-1340

PennyMac Loan Services, LLC
PO Box 514387
Los Angeles, CA  90051-4387


BAC Home Loans
c/o Marshall C. Watson
1800 NW 49th St Ste 120
Fort Lauderdale, FL  33309

Real Time Solutions
PO Box 35888
Dallas, TX  75235


BAC Home Loans
c/o Ronald R. Wolfe & Assoc
PO Box 25018
Tampa, FL  33622-5018

Real Time Solutions, Inc.
PO Box 35888
Dallas, TX  75235


Bank of America
P.O. Box 5170
Simi Valley, CA  93062-5170

Seterus Inc.
14523 SW Millikan Way Ste 200
Beaverton, OR  97005


Chase
1191 E. Newport Center Dr.
Suite 101
Deerfield Beach, FL  33442

SunTrust Bank
c/o Arthur D. Rubin, Esq.
PO Box 47718
Jacksonville, FL  32247-7718


Convergent Outsourcing, Inc.
10750 Hammerly Blvd. #200
Houston, TX  77043

The Bank of New York Mellon
c/o Shapiro, Fishman & Gache
4630 Woodland Corp. Ste 100
Tampa, FL  33614


Credit Control, LLC
PO Box 4187
Hazelwood, MO  63042

Van Ru Credit Corporation
11069 Strang Line Rd. Bldg E
Lenexa, KS  66215

Owned by B&T Grete

| Location | QTY | Item | Unit Value | Value | Total |
|---|---|---|---|---|---|
| Living Room | 2 | Antique Chairs | $25.00 | $50.00 | $50.00 |
| Garage | 1 | Ball Rack | $0.00 | $0.00 | $50.00 |
| Garage | 1 | Battery Charger | $10.00 | $10.00 | $60.00 |
| Downstairs BR | 1 | Book Shelf | $15.00 | $15.00 | $75.00 |
| School Room | 2 | Book Shelf | $0.00 | $0.00 | $75.00 |
| Upstairs BR | 1 | Book Shelf | $0.00 | $0.00 | $75.00 |
| Kitchen | 1 | Bread Maker | $20.00 | $20.00 | $95.00 |
| School Room | 1 | Chalk Board | $0.00 | $0.00 | $95.00 |
| Family Room | 1 | Chess Table Stand | $5.00 | $5.00 | $100.00 |
| Kitchen | 1 | Chest Freezer | $50.00 | $50.00 | $150.00 |
| School Room | 1 | China Cabinet | $45.00 | $45.00 | $195.00 |
| Family Room | 1 | China Cabinet | $100.00 | $100.00 | $295.00 |
| Family Room | 1 | China/Silverware | $150.00 | $150.00 | $445.00 |
| Attic | 1 | Christmas Tree | $35.00 | $35.00 | $480.00 |
| Downstairs BR | 1 | Clock Radio | $0.00 | $0.00 | $480.00 |
| Master BR | 1 | Clock Radio | $0.00 | $0.00 | $480.00 |
| School Room | 1 | Computer Desk | $0.00 | $0.00 | $480.00 |
| Outside | 1 | Concrete Picnic Table | $50.00 | $50.00 | $530.00 |
| Garage | 4 | Coolers | $5.00 | $20.00 | $550.00 |
| Living Room | 1 | Corner Doll Cabinet | $50.00 | $50.00 | $600.00 |
| Living Room | 1 | Couch | $50.00 | $50.00 | $650.00 |
| Family Room | 1 | Dining Room Table with Chairs | $250.00 | $250.00 | $900.00 |
| Kitchen | 1 | Dishwasher | $75.00 | $75.00 | $975.00 |
| Living Room | 1 | Doll Collection | $0.00 | $0.00 | $975.00 |
| Kitchen | 1 | Double Oven | $200.00 | $200.00 | $1,175.00 |
| Garage | 1 | Dremmel Set | $25.00 | $25.00 | $1,200.00 |
| Attic | 3 | Dresser | $15.00 | $45.00 | $1,245.00 |
| Downstairs BR | 1 | Dresser | $25.00 | $25.00 | $1,270.00 |
| Master BR | 1 | Dresser | $35.00 | $35.00 | $1,305.00 |
| Upstairs BR | 3 | Dresser | $15.00 | $45.00 | $1,350.00 |
| Master BR | 3 | Dressers | $15.00 | $45.00 | $1,395.00 |
| Master BR | 1 | DVD Player | $10.00 | $10.00 | $1,405.00 |
| Basement | 1 | Electric Fan | $10.00 | $10.00 | $1,415.00 |
| Family Room | 2 | End Tables | $10.00 | $20.00 | $1,435.00 |
| Garage | 2 | End Tables | $5.00 | $10.00 | $1,445.00 |
| Master BR | 4 | End Tables | $5.00 | $20.00 | $1,465.00 |
| Attic | 1 | File Cabinet | $10.00 | $10.00 | $1,475.00 |
| Family Room | 1 | Fireplace Irons | $5.00 | $5.00 | $1,480.00 |
| Family Room | 1 | Folding Table with Chairs | $35.00 | $35.00 | $1,515.00 |
| Kitchen | 1 | Fryer | $5.00 | $5.00 | $1,520.00 |
| Basement | 1 | Gaf | $10.00 | $10.00 | $1,530.00 |
| Outside | 1 | Gas Grill | $50.00 | $50.00 | $1,580.00 |
| Attic | 1 | andma Filar's Dining Room Table & Cha | $125.00 | $125.00 | $1,705.00 |
| Garage | 1 | Hydraulic Jacks | $10.00 | $10.00 | $1,715.00 |
| Kitchen | 1 | Ice Maker | $50.00 | $50.00 | $1,765.00 |
| Attic | 1 | Ironing Board | $5.00 | $5.00 | $1,770.00 |



EXHIBIT

A

| Garage | 1 | Jig Saw | $10.00 | $10.00 | $1,780.00 |
|---|---|---|---|---|---|
| Master BR | 1 | Kid's Chair | $5.00 | $5.00 | $1,785.00 |
| Upstairs BR | 1 | Kid's Chair | $5.00 | $5.00 | $1,790.00 |
| Master BR | 1 | King Size Bed | $75.00 | $75.00 | $1,865.00 |
| Master BR | 1 | Lamp | $5.00 | $5.00 | $1,870.00 |
| Office | 1 | Lamp | $5.00 | $5.00 | $1,875.00 |
| Outside | 1 | Lawn Mower | $50.00 | $50.00 | $1,925.00 |
| Family Room | 1 | Leather Couch | $75.00 | $75.00 | $2,000.00 |
| Family Room | 1 | Leather Recliner | $50.00 | $50.00 | $2,050.00 |
| Master BR | 1 | Leather Rocker | $50.00 | $50.00 | $2,100.00 |
| Family Room | 3 | Living Room Chairs | $15.00 | $45.00 | $2,145.00 |
| Master BR | 1 | Luggage | $25.00 | $25.00 | $2,170.00 |
| Garage | 1 | Microwave Cabinet | $0.00 | $0.00 | $2,170.00 |
| Living Room | 1 | Mini Grandfather Clock | $75.00 | $75.00 | $2,245.00 |
| Laundry Room | 1 | Mini Television | $0.00 | $0.00 | $2,245.00 |
| Kitchen | 1 | Mixer | $20.00 | $20.00 | $2,265.00 |
| Kitchen | 1 | Multiple Dishes & glasses | $25.00 | $25.00 | $2,290.00 |
| Kitchen | 1 | Multiple Flatware | $25.00 | $25.00 | $2,315.00 |
| Kitchen | 1 | Multiple Pots & Pans | $25.00 | $25.00 | $2,340.00 |
| Basement | 1 | Old Desk to be refurbished | $25.00 | $25.00 | $2,365.00 |
| Living Room | 1 | Old Kitchen Table & Chairs | $100.00 | $100.00 | $2,465.00 |
| Family Room | 1 | Personal Computer | $0.00 | $0.00 | $2,465.00 |
| Basement | 2 | Picture Speakers | $5.00 | $10.00 | $2,475.00 |
| Family Room | 8 | Pictures | $0.00 | $0.00 | $2,475.00 |
| Upstairs Hallway | 18 | Pictures | $0.00 | $0.00 | $2,475.00 |
| Downstairs Hallway | 3 | Pictures | $0.00 | $0.00 | $2,475.00 |
| Kitchen | 1 | Refrigerator | $200.00 | $200.00 | $2,675.00 |
| Attic | 1 | School Desk | $5.00 | $5.00 | $2,680.00 |
| School Room | 5 | School Desk | $5.00 | $25.00 | $2,705.00 |
| Basement | 1 | Set of Golf Clubs from Garage sale | $0.00 | $0.00 | $2,705.00 |
| Attic | 1 | Sewing Supplies | $50.00 | $50.00 | $2,755.00 |
| Upstairs BR | 2 | Side Table Drawer | $10.00 | $20.00 | $2,775.00 |
| Attic | 1 | Slalom Water Ski | $10.00 | $10.00 | $2,785.00 |
| Office | 1 | Spare full size bed | $75.00 | $75.00 | $2,860.00 |
| Kitchen | 1 | Step Ladder | $5.00 | $5.00 | $2,865.00 |
| Upstairs BR | 2 | Step Stools | $2.00 | $4.00 | $2,869.00 |
| Attic | 1 | Stereo System | $50.00 | $50.00 | $2,919.00 |
| Garage | 1 | Supply Shelf/ Shoe Shelf | $5.00 | $5.00 | $2,924.00 |
| Attic | 1 | Table | $15.00 | $15.00 | $2,939.00 |
| Attic | 1 | Television | $0.00 | $0.00 | $2,939.00 |
| Family Room | 1 | Television | $0.00 | $0.00 | $2,939.00 |
| Office | 1 | Television | $20.00 | $20.00 | $2,959.00 |
| Attic | 1 | Tent - 2 man | $25.00 | $25.00 | $2,984.00 |
| Attic | 1 | Tent - 8 man | $50.00 | $50.00 | $3,034.00 |
| Kitchen | 1 | Toaster | $5.00 | $5.00 | $3,039.00 |
| Attic | 1 | Toys | $50.00 | $50.00 | $3,089.00 |
| Kitchen | 1 | Trash Can | $2.00 | $2.00 | $3,091.00 |

| Downstairs BR | 1 | Trash Cans | $1.00 | $1.00 | $3,092.00 |
|---|---|---|---|---|---|
| Office | 2 | Trash Cans | $1.00 | $2.00 | $3,094.00 |
| Upstairs BR | 2 | Trash Cans | $1.00 | $2.00 | $3,096.00 |
| Family Room | 4 | TV Tray Tables | $5.00 | $20.00 | $3,116.00 |
| Garage | 1 | Vacuum Cleaner | $10.00 | $10.00 | $3,126.00 |
| Office | 1 | VCR/DVD Player | $10.00 | $10.00 | $3,136.00 |
| Attic | 2 | Wall Cabinet | $10.00 | $20.00 | $3,156.00 |
| Laundry Room | 1 | Washer & Dryer | $300.00 | $300.00 | $3,456.00 |
| Kitchen | 1 | Water Filter | $10.00 | $10.00 | $3,466.00 |
| Upstairs Hallway | 2 | Wooden coffee tables | $10.00 | $20.00 | $3,486.00 |

| Location | QTY | Item | Item(s) Owned By |
|---|---|---|---|
| Basement | 1 | Army Tent | Brother -Brian Grete |
| Attic | 5 | Air Mattresses | Crystal Clark (Tiffany's Sister) |
| Attic | 1 | Crib | Crystal Clark (Tiffany's Sister) |
| Attic | 2 | End Tables | Crystal Clark (Tiffany's Sister) |
| Attic | 1 | Snow Ski's & Boots | Crystal Clark (Tiffany's Sister) |
| Attic | 3 | Spare Bed Parts | Crystal Clark (Tiffany's Sister) |
| Attic | 1 | Various and sundry other storage bins | Crystal Clark (Tiffany's Sister) |
| Upstairs BR | 1 | Alicyn's Desk | Daughter - Allcyn Grete |
| Basement | 1 | Bicycle | Daughter - Allcyn Grete |
| Downstairs BR | 1 | Alyssa's Bed | Daughter - Allyssa Grete |
| Downstairs BR | 1 | Doll House | Daughter - Allyssa Grete |
| Upstairs BR | 1 | Queen Size Bed | Daughter -Amber Grete |
| School Room | 1 | Amber's Computer | Daughter -Amber Grete |
| Attic | 1 | Amber's Desk | Daughter -Amber Grete |
| Upstairs BR | 1 | Amber's Guitar | Daughter -Amber Grete |
| Upstairs BR | 1 | Amber's Music Stand | Daughter -Amber Grete |
| Upstairs BR | 1 | Amber's Violin | Daughter -Amber Grete |
| Basement | 1 | Bicycle | Daughter -Amber Grete |
| Downstairs Hallway | 1 | Clavinova Piano | Daughter -Amber Grete |
| Family Room | 1 | Automan | Grandma Grete (Bobby's Mom) |
| Attic | 1 | Baby High Chair | Grandma Grete (Bobby's Mom) |
| Attic | 1 | Baby Swing | Grandma Grete (Bobby's Mom) |
| Family Room | 2 | Couch | Grandma Grete (Bobby's Mom) |
| Attic | 1 | Portable Crib | Grandma Grete (Bobby's Mom) |
| Attic | 1 | Recliner Chair | Grandma Grete (Bobby's Mom) |
| Downstairs BR | 1 | Joseph's Bunk Bed | Joseph Grete (son) |
| Attic | 1 | Changing Table | Mama Filar (Tiffany's Mom) |
| Master BR | 1 | Mini Desk | Mama Filar (Tiffany's Mom) |
| Garage | 20 | Soccer Balls | NFCEA |
| Attic | 1 | Book Shelf | OTB, LLC or RSC, LLC |
| Family Room | 1 | Computer Stand | OTB, LLC or RSC, LLC |
| Office | 1 | Dell Computer System | OTB, LLC or RSC, LLC |
| Office | 1 | Desk Lamp | OTB, LLC or RSC, LLC |
| Garage | 1 | Enclosed Trailer | OTB, LLC or RSC, LLC |
| Office | 2 | Executive Office Desk | OTB, LLC or RSC, LLC |
| Office | 1 | File Sorter | OTB, LLC or RSC, LLC |
| Family Room | 1 | Flat Screen Monitor | OTB, LLC or RSC, LLC |
| Master BR | 1 | Flat Screen Monitor | OTB, LLC or RSC, LLC |
| Office | 1 | Glass Desk & Table set with File Hangar | OTB, LLC or RSC, LLC |
| Office | 1 | HP Desk Ink Jet printer | OTB, LLC or RSC, LLC |
| Kitchen | 2 | Iron Bar Stools | OTB, LLC or RSC, LLC |
| Garage | 1 | Mini Frigde | OTB, LLC or RSC, LLC |
| Office | 1 | Muratec Printer | OTB, LLC or RSC, LLC |
| Office | 1 | Oak Scroll Top Desk & File Cabinet | OTB, LLC or RSC, LLC |
| Attic | 2 | Office Chair | OTB, LLC or RSC, LLC |
| Office | 2 | Office Chairs | OTB, LLC or RSC, LLC |
| Living Room | 2 | Plastic Folding Tables | OTB, LLC or RSC, LLC |



EXHIBIT

B

| Garage | 1 | Pressure Washer | OTB, LLC or RSC, LLC |
|---|---|---|---|
| Office | 1 | Side Table Drawer | OTB, LLC or RSC, LLC |
| Basement | 1 | Extentsion Ladder | OTB, LLC or RSC, LLC |
| Basement | 1 | 6' Ladder | OTB, LLC or RSC, LLC |
| Basement | 1 | Assortment of Building Supplies | OTB, LLC or RSC, LLC |
| Attic | 1 | Assortment of Misc Ceiling Fan Fixtures | OTB, LLC or RSC, LLC |
| Attic | 1 | Assortment of Misc Light Fixtures | OTB, LLC or RSC, LLC |
| Garage | 1 | Chain Saw | OTB, LLC or RSC, LLC |
| Garage | 1 | Craftsman Compressor | OTB, LLC or RSC, LLC |
| Garage | 2 | Drills | OTB, LLC or RSC, LLC |
| Garage | 1 | Dump Trailer | OTB, LLC or RSC, LLC |
| Garage | 1 | Electric Grinding Stone | OTB, LLC or RSC, LLC |
| Attic | 1 | File Cabinet | OTB, LLC or RSC, LLC |
| Garage | 1 | Generater | OTB, LLC or RSC, LLC |
| Garage | 2 | Grinders | OTB, LLC or RSC, LLC |
| Garage | 1 | Hammer Chisel | OTB, LLC or RSC, LLC |
| Garage | 1 | Hopper | OTB, LLC or RSC, LLC |
| Basement | 1 | Mitre Saw & Stand | OTB, LLC or RSC, LLC |
| Garage | 5 | Nail Guns | OTB, LLC or RSC, LLC |
| Garage | 1 | Orbital Sander | OTB, LLC or RSC, LLC |
| Basement | 2 | Paint Shelves | OTB, LLC or RSC, LLC |
| Garage | 1 | Paints | OTB, LLC or RSC, LLC |
| Garage | 3 | Palm Sanders | OTB, LLC or RSC, LLC |
| Garage | 1 | Pancake Compressor | OTB, LLC or RSC, LLC |
| Basement | 1 | Router Table/Router | OTB, LLC or RSC, LLC |
| Garage | 2 | Routers | OTB, LLC or RSC, LLC |
| Garage | 2 | Saw horses | OTB, LLC or RSC, LLC |
| Garage | 2 | Sawsalls | OTB, LLC or RSC, LLC |
| Basement | 1 | Scaffolding Set | OTB, LLC or RSC, LLC |
| Garage | 1 | Screw Gun | OTB, LLC or RSC, LLC |
| Garage | 2 | Skill Saws | OTB, LLC or RSC, LLC |
| Attic | 1 | Spare Bathroom Sink Top | OTB, LLC or RSC, LLC |
| Attic | 1 | Spare Kitchen Sink | OTB, LLC or RSC, LLC |
| Garage | 3 | Staplers | OTB, LLC or RSC, LLC |
| Garage | 1 | Survey Instrument | OTB, LLC or RSC, LLC |
| Garage | 1 | Tile Cutter | OTB, LLC or RSC, LLC |
| Garage | 1 | Tile Saw | OTB, LLC or RSC, LLC |
| Garage | 1 | Tool Boxes / wrenches/Sockets | OTB, LLC or RSC, LLC |
| Garage | 1 | Weed Eater | OTB, LLC or RSC, LLC |
| Outside | 4 | Wheel Barrows | OTB, LLC or RSC, LLC |
| Basement | 15 | Yard Tools | OTB, LLC or RSC, LLC |
| 23rd Street Shed | 1 | Texture Spray machine | OTB, LLC or RSC, LLC |
| Outside | 1 | Sailboat | Tommy Phillips |
| Basement | 1 | Tohatsu Outboard Motor (sailboat_ | Tommy Phillips |
| Attic | 1 | Cher's Dresser | Trudy Elliot |
| Attic | 2 | Corner Shelves | Trudy Elliot |
| Attic | 1 | Hospital Bed | Trudy Elliot |