## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENNSACOLA DIVISION

IN RE:

**Robert Clinton Grete and
Tiffany Lee Grete,**

      **Debtors.**

                             **CASE NO. 13-30161-WSS**
                             **CHAPTER 11**

_____/

### STIPULATION REGARDING CHAPER 11 PLAN
*1305 23rd Street, Niceville, FL   32578 (Class4)*

BANK OF AMERICA, N.A. ("Creditor "), its successors and assigns, and Robert Clinton Grete and Tiffany Lee Grete ("Debtors") by and through their undersigned counsel, stipulate as follows:

    1.    That in regards to Debtors' real property located at 1305 23rd Street, Niceville, FL   32578, the parties agree that Creditor has an allowed secured claim, Claim No. 14-1 on the court's claims register and Class No. 4 in Debtors' Plan of Reorganization, in the amount of $92,500.00 with 5.25% interest to be paid in equal monthly payments over 240 months with no balloon.   The legal description of the real property the Mortgage encumbers is as follows:

> **COMMENCING AT THE SOUTHWEST CORNER OF SOUTHWEST QUARTER OF NORTHEAST QUARTER OF SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 1 SOUTH, RANGE 22 WEST, RUN EAST 50.0 FEET, THENCE NORTH 5.0 FEET TO POINT OF BEGINNING OF TRACT HEREIN DESCRIBED. THENCE CONTINUE NORTH 205.0 FEET ALONG THE EAST RIGHT OF WAY OF MCCORMICK STREET TO A CONCRETE MONUMENT, THENCE EAST 74.0 FEET; THENCE SOUTH 205.0 FEET TO THE NORTH RIGHT OF WAY LINE OF STATE ROAD 285 B, THENCE WEST 74.0 FEET ALONG SAID RIGHT OF WAY POINT OF BEGINNING , ALL LYING IN THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 1 SOUTH, RANGE 22 WEST, OKALOOSA COUNTY, FLORIDA.**

as recorded in Book 2459, Page 512 , Okaloosa County, Florida Records.

2.      The difference between the balance of the Creditor's Claim No. 14-1 and the secured claim shall be allowed as an unsecured claim in the amount of $10,775.29 to be paid pro rata with other unsecured creditors as part of Class 9.

3.      The claim treatment shall be effective on the Effective Date, as defined by the Plan.

4.      Debtors agree to maintain escrow payments in addition to the principal and interest due per the terms outlined above.   The escrow payment is subject to the change based upon analysis of the loan per standard servicing practices.

5.      Creditor has advanced $2,585.19 for pre-confirmation taxes and insurance, which Debtors agree to repay at 0% interest over 60 months. The Debtors shall cure the post-petition tax and insurance escrow advance in the amount of over a period of 60 months by making monthly payments of $43.09 for 59 months and $42.78 for 1 month.   The first payment is due on the first day of the first full month after the Effective Date.

6.      All payments due hereunder shall be made payable to:

BANK OF AMERICA, N.A.
P.O. Box 660933
Dallas, TX   75266-0933

7.      That in the event the Debtors fail to maintain escrow payments for taxes or insurance, or Creditor is forced to advance funds on the Debtor's behalf for taxes or insurance not fully funded by the escrow payment, any such advances and any associated attorneys fees and costs attributable to the Debtor's default shall be fully recoverable from the Debtors.

8.      Upon the Effective Date, *in rem* relief from the automatic stay is granted to Creditor.

9.      That in the event that the case is converted to any other bankruptcy chapter, the automatic stay is terminated, or the case is dismissed before completion of the plan and receipt of an order of discharge, Creditor retains its security interest until the full amount of the claim as determined under applicable non-bankruptcy law is paid in full.

10.     That in the event that Debtors refinance the loan on the subject property, or sells the subject property, Debtors shall be required to obtain Creditor approval of such sale

or refinance prior to closing.

      11.     That in the event that the property is destroyed or damaged, that pursuant to the mortgage, Creditor is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

      12.     That any plan or confirmation order filed in this bankruptcy case shall not overrule the terms as set out above.

      Dated this 28 day of March, 2014.

**RONALD R. WOLFE & ASSOCIATES**

By  /s/Reka Beane
Reka Beane
Florida Bar Number 52919
PO Box 25018
Tampa, Fl   33622
(813) 251-4766 Ext. 3039
(813) 251-1541
Attorney for Creditor

**WILSON, HARRELL FARRINGTON**

By
J. Steven Ford
Florida Bar Number 512869
307 S. Palafox Street
Pensacola, FL   32502
(850) 438-1111
(850) 850-432-8500 fax
Attorney for Debtor

B13002608

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Stipulation was served by first class mail or electronic CM/ECF receipt to the parties listed below and all parties on the attached mailing matrix on March 28, 2014.

Robert Clinton Grete and
Tiffany Lee Grete
2413 Duncan Drive
Niceville, FL 32578

Wilson, Harrell, Farrington
J. Steven Ford
jsf@whsf-law.com
307 S. Palafox Street
Pensacola, FL   32502

Office of US Trustee
Charles F. Edwards
Charles.edwards@usdoj.gov
110 East Park Avenue #128
Tallahassee, FL   32301


Local Rule 1007-2 Parties in Interest


Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018
Phone (813) 251-4766 ext. 3039
Fax (813) 251-1541
Email:   bkatt@wolfelawfl.com


By: /s/ Reka Beane
Reka Beane, Esq.
Florida Bar No. 52919
Attorney for Creditor

B13002608