**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**IN RE:**

**Robert Clinton Grete and
Tiffany Lee Grete**

      **Debtor(s).**

                                                          **CASE NO. 13-30161-WSS
CHAPTER 11**

_____/

**MOTION FOR RELIEF FROM STAY ,
OR IN THE ALTERNATIVE, ADEQUATE PROTECTION**

TO THE HONORABLE JUDGE OF SAID COURT:

      Comes now, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Movant"), its successors and/or assigns, seeking modification of the automatic stay pursuant to § 362(d)(1) and (d)(2) of the Bankruptcy Code or in the alternative adequate protection and would show the Court as follows:

      1.      On February 13, 2013, Robert Clinton Grete and Tiffany Lee Grete ("Debtor" as used herein shall include both Debtors in a joint case), filed for relief under Chapter 11 of the U.S. Bankruptcy Code.

      2.      Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362, and Fed.R.Bankr.P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

      3.      On July 20, 2007, Robert C. Grete and Tiffany L. Grete, executed and delivered a Mortgage (the "Mortgage") payable to the order of First Ohio Banc & Lending, Inc., which secures a Note in the principal amount of $156,800.00 (the "Note").  Said Mortgage was recorded in Official Records Book 2804, at Page 2781, of the Public Records of OKALOOSA County, Florida on August 31, 2007. (A copy of the Mortgage, together with the Note and Assignments as applicable, are attached hereto as Composite Exhibit "A").

4.      Movant is entitled to enforce the Note and Mortgage, which secures the below described property.

**LOT 1 AND THE NORTH 6.0 FEET OF LOT 2, BLOCK 82, PLAT OF VALPARAISO REALTY COMPANYS PINE CREST ADDITION TO VALPARAISO, FLORIDA, SUBDIVISION NO. 6, SHEET NO. 3, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 1, PAGE 50 OF THE PUBLIC RECORDS OF OKALOOSA COUNTY, FLORIDA.**

**a/k/a 906 Nutmeg Avenue, Niceville, FL 32578.**

5.      According to Debtor's Plan of Reorganization, the Debtor intends to surrender the Property.

6.      As set forth in the Affidavit attached to this Motion, the unpaid principal balance as of February 27, 2014 is $155,102.94 (Composite Exhibit "A").   Movant's indebtedness is in excess of $217,906.66 per the Proof of Claim filed by the Movant (Claim 11-1).   The loan is contractually due for the November 1, 2008 payment and all subsequent payments.

7.      According to the Tax Assessment, the value of the property is $91,065.00.   A copy of said Tax Assessment is attached hereto as Exhibit "B".

8.      The Debtor has failed to timely meet and satisfy the payment requirements with respect to the obligations set forth in the Note.   Movant's indebtedness continues to accrue interest while receiving no payments to protect it against the erosion of its collateral position. Furthermore, Movant is not otherwise being adequately protected while the Debtor continues to enjoy the benefits of the collateral.

9.      If Movant is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

10.      Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the collateral; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).

11.      Movant has incurred attorney's fees in the amount of $650.00 and costs in the amount of $176.00 as a result of the necessity of filing this Motion.   Said attorney's fees and costs may be recoverable pursuant to state law and the mortgage documents.

12.     Movant requests this Court to allow future communications with the Debtor in order to offer and provide information in regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement or other Loan Workout/Loss Mitigation Agreement, and furthermore, to enter into such agreement with the Debtor.  Movant acknowledges that such communications shall be limited and it shall not enforce or threaten to enforce any personal liability against the Debtor that is discharged in this bankruptcy.

**WHEREFORE**, Movant prays that this Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) or in the alternative adequate protection to permit Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, and to have such other and further relief as is just.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR FEDERAL NATIONAL
MORTGAGE ASSOCIATION

B13003192

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing Motion for Relief from Stay or in the Alternative, Adequate Protection and any and all Exhibits referenced have been furnished either by electronic or regular U.S. Mail to all parties listed on the attached mailing matrix on March 31, 2014.

Local Rule 1007-2 Parties in Interest

Robert Clinton Grete
2413 Duncan Drive
Niceville, FL 32578

Tiffany Lee Grete
2413 Duncan Drive
Niceville, FL 32578

J. Steven Ford
Wilson, Harrell, Farrington
307 S. Palafox Street
Pensacola, FL 32502

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR FEDERAL NATIONAL
MORTGAGE ASSOCIATION

Label Matrix for local noticing
1129-3
Case 13-30161-WSS
Northern District of Florida
Pensacola
Tue Mar 25 13:41:51 EDT 2014

Bank of America, N.A.
Butler and Hosch, PA
3185 S. Conway Rd. Suite E
Orlando, FL 32812-7349

Bank of America, N.A.
c/o Jerrold J. Golson, Esquire
Florida Foreclosure Attorneys, PLLC
601 Cleveland Street, #690
Clearwater, FL 33755-4171

Bank of America, NA, Successor by Merger to
Butler and Hosch, PA
3185 S. Conway Rd Suite E
Orlando, FL 32812-7349

Federal National Mortgage Association
c/o Ronald R. Wolfe and Associates, P.L.
Reka Beane
PO Box 25018
Tampa, FL 33622-5018

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

PennyMac Loan Services, LLC
c/o Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

The Bank of New York Mellon f/k/a The Bank o
York, as Trustee for Alternative Loan
Trust 2003-19CB, Series 2003-47
Clarfield, Okon, Salomone & Pincus, P.L.
500 South Australian Avenue, Suite 730
West Palm Beach33401

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

*BAC Home Loans
c/o Marshall C. Watson
1800 NW 49th St Ste 120
Fort Lauderdale, FL 33309-3092

*Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170

*Bank of America, N.A.
c/o Frank J. Gomez, Esquire
Florida Foreclosure Attorneys, PLLC
4885 Technology Way, Suite 500
Boca Raton, FL 33431

*Bank of America, N.A.
c/o Sean M. Affleck
3185 South Conway Road, Suite E
Orlando, FL 32812-7315

*Cavalry Portfolio Services, LLC
500 Summit Lake Drive Ste 400
Valhalla, NY 10595-2322

*Chase
1191 E. Newport Center Dr.
Suite 101
Deerfield Beach, FL 33442-7736

*Convergent Outsourcing, Inc.
10750 Hammerly Blvd. #200
Houston, TX 77043-2317

*Credit Control, LLC
PO Box 4187
Hazelwood, MO 63042-0787

*Eglin Federal Credit Union
838 Eglin Pkwy NE
Fort Walton Beac, FL 32547-2781

*Federal National Mortgage Association
c/o Reka Beane
Ronald R. Wolfe and Associates, P.L.
PO Box 25018
Tampa, FL  33622-5018

*Midland Credit Management
8875 Aero Drive Ste 200
San Diego, CA 92123-2255

*National Enterprise System
29125 Solon Road
Solon, OH 44139-3442

*Nationstar Mortgage
PO Box 650783
Dallas, TX 75265-0783

*PennyMac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

*Real Time Solutions
PO Box 35888
Dallas, TX 75235-0888

*Seterus Inc.
14523 SW Millikan Way Ste 200
Beaverton, OR 97005-2352

*SunTrust Bank
c/o Arthur D. Rubin, Esq.
PO Box 47718
Jacksonville, FL 32247-7718

*The Bank of New York Mellon
c/o Shapiro, Fishman & Gache
4630 Woodland Corp. Ste 100
Tampa, FL 33614-2429

*Van Ru Credit Corporation
11069 Strang Line Rd. Bldg E
Lenexa, KS 66215-2181

BAC Home Loans
c/o Ronald R. Wolfe & Assoc
PO Box 25018
Tampa, FL 33622-5018

Bank of America
c/o Ronald R.Wolfe & Associates
P O Box 25018
Tampa, FL  33622-5018

```
Bank of America, N.A.              Bank of America, N.A.              Bank of America, N.A.
3185 South Conway Road, Suite E    7105 Corporate Drive               P.O. Box 660933
Orlando, FL 32812-7315             MS PTX-B-35                         Dallas, TX 75266-0933
                                   Plano, TX 75024-4100


Discover Bank                      Federal National Mortgage Association   Grete, Tiffany Lee
DB Servicing Corporation           PO Box 2206                             2413 Duncan Drive
PO Box 3025                        Grand Rapids, MI 49501-2206             Niceville, FL 32578-2915
New Albany, OH  43054-3025


I.R.S.                             J. Steven Ford, Esquire            (p)NATIONSTAR MORTGAGE
P. O. Box 7346                     Post Office Drawer 13430           PO BOX 630267
Philadelphia, PA  19101-7346       Pensacola, FL 32591-3430          IRVING TEXAS 75063-0116


PENNYMAC LOAN SERVICES, LLC        (p)REAL TIME RESOLUTIONS INC       Robert Clinton Grete
6101 CONDOR DRIVE SUITE #300       PO BOX 36655                      2413 Duncan Drive
MOORPARK, CA 93021-2602            DALLAS TX 75235-1655              Niceville, FL 32578-2915


U.S. Trustees Office               USAA Federal Savings Bank          Vantium Capital, Inc.
1418 Richard Russell Bldg          c/o Weinstein and Riley,, PS       7880 Bent Branch Dr., Suite 150
75 Spring St, S.W.                 2001 Western Avenue, Ste 400       Irving, TX 75063-6045
Atlanta, GA 30303-3315             Seattle, WA 98121-3132


J. Steven Ford                     Tiffany Lee Grete
Wilson, Harrell, Farrington        2413 Duncan Drive
307 S. Palafox Street              Niceville, FL 32578-2915
Pensacola, FL 32502-5929
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS-Central Insolvency Operations        Nationstar Mortgage LLC            Real Time Resolutions, Inc.
11601 Roosevelt Blvd, Mail Box N781      Attn: Bankruptcy Department        1349 Empire Central Dr, Ste #150
P.O. Box 21126                           350 Highland Drive                 P.O. Box 36655
Philadelphia, PA 19114-0362              Lewisville, TX 75067               Dallas, Tx 75247
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC               (d)*Real Time Solutions, Inc.      (d)Robert Clinton Grete
                                         PO Box 35888                       2413 Duncan Drive
                                         Dallas, TX 75235-0888              Niceville, FL 32578-2915
```

```
End of Label Matrix
Mailable recipients    46
Bypassed recipients     3
Total                  49
```