FORM orrcls (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Robert Clinton Grete  
    SSN/ITIN: xxx–xx–4837  
    Debtor  
  Tiffany Lee Grete  
    SSN/ITIN: xxx–xx–2892  
    Joint Debtor

Bankruptcy Case No.: 13–30161–JCO

Chapter: 11
Judge: Jerry C. Oldshue Jr.

## *ORDER RE–CLOSING CASE*

    THIS MATTER is before the Court *sua sponte*. On October 4, 2018, this case was reopened for purpose of obtaining an order dismissing case or relief from stay.

    The Order Granting Motion to Reopen (Doc. # 199 ) gave the movant 30 to perform the action noted above.

    Having reviewed the docket, it appears the matter that necessitated the reopening has been resolved. Therefore, it is

    ORDERED that this case is RECLOSED.

    ***DONE AND ORDERED*** at Tallahassee, Florida, January 18, 2019.

                                                /s/ Jerry C. Oldshue Jr.  
                                                Jerry C. Oldshue Jr.  
                                                U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.