## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:

ROBERT C. GRETE and
TIFFANY L. GRETE                    CASE NO.: 13-30161-JCO
                                    CHAPTER 11

      Debtors-in-possession.

---

MOTION OF DEBTORS-IN-POSSESSION TO MODIFY CONFIRMED
SECOND AMENDED PLAN OF REORGANIZATION AS TO CLASS 5
CREDITOR, U.S. BANK TRUST NATIONAL ASSOCIATION,
AS TRUSTEE OF THE CHALET SERIES III TRUST (Doc. 116)

---

Debtors-in-Possession, Robert Clinton Grete and Tiffany Lee Grete, by and through their undersigned counsel, hereby file this Motion to Modify Debtors-in-Possession's Confirmed Second Amended Plan of Reorganization (Doc. 116) and as basis therefor do state:

1.      Debtors initiated this case by the filing of a Voluntary Petition under chapter 11 on February 13, 2013.

2.      On June 18, 2014, the Court entered its Order Confirming Second Amended Chapter 11 Plan (Doc. 144).

3.      Pursuant to paragraph 2.5 of the confirmed Plan, the Debtors were required to commence payments to Bank of American, N.A. who held a mortgage on the real property and improvements located at 1092 Forest Lake Terrace located

in Niceville, Florida. Under the terms of the confirmed Plan, the Debtors were to repay Bank of America, N.A. the secured claim in the amount of $160,000.00 payable over 30 years with an interest rate of 5.25% resulting in monthly principal and interest installments of $883.53.

4.     At the time that the Plan was confirmed the property located at 1092 Forest Lake Terrace was a rental property. Since that time, the Debtors has moved into the 1092 Forest Lake Terrace property ("the property") and it is currently the Debtors' principal residence and homestead.

5.     On May 29, 2019, U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, filed a Motion for Relief from Automatic Stay requesting the Court to grant it relief from stay to foreclose on the property. Although Bank of America, N.A. was the holder of the mortgage at the time that the plan was confirmed, U.S. Bank Trust National Association is the current holder of the mortgage.

6.     The Court set a final hearing on the Motion for Relief from Stay for August 2, 2019. On July 26, 2019, Debtors and Creditor filed an Agreed Motion to continue or reschedule the hearing setting forth that the parties were negotiating a resolution of the motion (Doc. 232).

7.     On July 29, 2019, this Court entered its Order granting the motion and rescheduling the hearing to September 6, 2019 (Doc. 233).

8.    Debtors and Creditor have reached an agreement under which the terms for repayment under the confirmed chapter 11 plan will be modified to provide that the Debtors shall repay the debt owed to creditor over a new term of 480 months with interest accruing at 5.44% per annum resulting in a monthly principal and interest payment in the amount of $881.10. The Debtors have commenced payments under the purposed modified terms. Pursuant to the modified terms, the principal balance as of July 2019 is $153,287.78 with a payoff, including the arrearage and post-petition advances, in the amount of $172,193.00.   The Debtors shall be responsible for payment of the taxes and insurance regarding the property going forward.

9.    The modification, as proposed, will allow the Debtors to maintain a monthly principal and interest payment in approximately the same amount as set forth in the confirmed Plan. The modification will also allow the Debtors to retain possession of the property which is the Debtors' homestead and will allow the creditor to be paid the full amount of its claim including post-petition arrearages.

10.    The modification, as proposed in this motion is in the best interest of the Debtors and creditors and does not have an adverse effect on any other creditors in the case as the payment amount is approximately the same as set forth in the confirmed Plan prior to modification.

11.    Should the Debtors default on the payments due to Creditor under the proposed Modified Chapter 11 Plan, Creditor shall be entitled to submit a Notice of Default to the Court, and request entry of an order granting relief from stay, to be entered without need for a motion or hearing, if the Debtors fail to cure said default within 21 days of the filing of the Notice of Default.  Further Creditor shall not be required to pay a reopen fee if applicable in order to file a Notice of Default and obtain an order granting relief from stay.

WHEREFORE, based on the above, Debtors hereby request the Court to enter its order Modifying the Debtors-in-Possession's Confirmed Second Amended Plan of Reorganization approving the terms as set forth in this motion.

J. Steven Ford, Esquire
Florida Bar Number 512869
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 South Palafox Street
Pensacola, FL 32502
(850) 438-1111 Telephone
(850) 432-8500 Facsimile
jsf@whsf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Matthew Klein and all creditors appearing in Debtor's mailing matrix

by either regular U.S. Mail, postage prepaid, or electronic mail where available this
__19__ day of August, 2019.

J. STEVEN FORD, ESQUIRE

**13-30161-JCO Notice will be electronically mailed to:**

Sean M. Affleck on behalf of Creditor Bank of America, N.A.
ecf@butlerandhosch.com

Sean M. Affleck on behalf of Creditor Bank of America, NA, Successor by Merger
to BAC HOME LOANS SERVICING, LP
ecf@butlerandhosch.com

Gregg S. Ahrens on behalf of Creditor Federal National Mortgage Association
gahrens@kahaneandassociates.com,
bkecf@kahaneandassociates.com;mdixon@kahaneandassociates.com

Alice Allen Blanco on behalf of Creditor PennyMac Loan Services, LLC
ecfflnb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Charles F. Edwards on behalf of U.S. Trustee United States Trustee
charles.edwards@usdoj.gov

J. Steven Ford on behalf of Debtor Robert Clinton Grete
jsf@whsf-law.com, melissa@whsf-law.com

J. Steven Ford on behalf of Joint Debtor Tiffany Lee Grete
jsf@whsf-law.com, melissa@whsf-law.com

Neisi I. Garcia Ramirez on behalf of Creditor Bank of America, N.A.
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Neisi I. Garcia Ramirez on behalf of Creditor Federal National Mortgage
Association
FloridaBKLegal@brockandscott.com,

FLBKECF@brockandscott.com;WBECF@brockandscott.com

Neisi I. Garcia Ramirez on behalf of Creditor Nationstar Mortgage LLC
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Can Guner on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A
Delaware Trust
cguner@rasflaw.com, cguner@rasflaw.com

Matthew Klein on behalf of Creditor U.S. Bank Trust National Association, as
Trustee of the Chalet Series III Trust
matthew@howardlawfl.com

Alejandro Guillermo Martinez-Maldonado on behalf of Creditor Wilmington
Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee
for Ventures Trust 2013-I-H-R, A Delaware Trust
bk@exllegal.com

Tricia Ann Morra on behalf of Creditor Bank of America, N.A.
tmorra@rasflaw.com

Vilma Janusyte Sneed on behalf of Creditor Federal National Mortgage
Association
ecf_fl@rcolegal.com

ReShaundra Marie Suggs on behalf of Creditor The Bank of New York Mellon
f/k/a The Bank of New
bankruptcy@clegalgroup.com, BKECF@clegalgroup.com

Steve Dinh Tran on behalf of Creditor Wilmington Savings Fund Society, FSB,
d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-
H-R, A Delaware Trust
bk@exllegal.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Cameron H.P. White on behalf of Creditor Ventures Trust 2013-I-H-R by MCM

Capital Partners, LLC, its Trustee
cwhite@southmilhausen.com

Madison Wilson on behalf of Creditor NRZ REO VI CORP.
mwilson@rasflaw.com

**13-30161-JCO Notice will not be electronically mailed to:**

IRS-Central Insolvency Operations
11601 Roosevelt Blvd, Mail Box N781
P.O. Box 21126
Philadelphia, PA 19114-0362

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, TX 75247-4029

Label Matrix for local noticing
1129-3
Case 13-30161-JCO
Northern District of Florida
Pensacola
Mon Aug 19 16:45:19 EDT 2019

Bank of America, NA, Successor by Merger to
Butler and Hosch, PA
3185 S. Conway Rd Suite E
Orlando, FL 32812-7315

NRZ REO VI CORP.
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

The Bank of New York Mellon f/k/a The Bank o
York, as Trustee for Alternative Loan
Trust 2003-19CB, Series 2003-47
Clarfield, Okon, Salomone & Pincus, P.L.
500 South Australian Avenue, Suite 730
West Palm Beach33401

Ventures Trust 2013-I-H-R by MCM Capital Par
South Milhausen, P.A.
1000 Legion Place
Suite 1200
Orlando, FL 32801-1005

*Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170

*Cavalry Portfolio Services, LLC
500 Summit Lake Drive Ste 400
Valhalla, NY 10595-2322

*Credit Control, LLC
PO Box 4187
Hazelwood, MO 63042-0787

*Midland Credit Management
8875 Aero Drive Ste 200
San Diego, CA 92123-2255

*PennyMac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

Bank of America, N.A.
Butler and Hosch, PA
3185 S. Conway Rd. Suite E
Orlando, FL 32812-7315

Federal National Mortgage Association
c/o Ronald R. Wolfe and Associates, P.L.
Reka Beane
PO Box 25018
Tampa, FL 33622-5018

PennyMac Loan Services, LLC
c/o Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

U.S. Bank Trust National Association, as Tru
c/o Matthew Klein
450 N. Park Road, Suite 800
Hollywood, FL 33021-6920

Wilmington Savings Fund Society, FSB, d/b/a
eXL Legal, PLLC
12425 28th Street, N. Suite 200
St. Petersburg, FL 33716-1826

*Bank of America, N.A.
c/o Frank J. Gomez, Esquire
Florida Foreclosure Attorneys, PLLC
4885 Technology Way, Suite 500
Boca Raton, FL 33431

*Chase
1191 E. Newport Center Dr.
Suite 101
Deerfield Beach, FL 33442-7736

*Eglin Federal Credit Union
838 Eglin Pkwy NE
Fort Walton Beac, FL 32547-2781

*National Enterprise System
29125 Solon Road
Solon, OH 44139-3442

*Real Time Solutions
PO Box 35888
Dallas, TX 75235-0888

Bank of America, N.A.
c/o Jerrold J. Golson, Esquire
Florida Foreclosure Attorneys, PLLC
601 Cleveland Street, #690
Clearwater, FL 33755-4171

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, TX 75247-4029

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

*BAC Home Loans
c/o Marshall C. Watson
1800 NW 49th St Ste 120
Fort Lauderdale, FL 33309-3092

*Bank of America, N.A.
c/o Sean M. Affleck
3185 South Conway Road, Suite E
Orlando, FL 32812-7315

*Convergent Outsourcing, Inc.
10750 Hammerly Blvd. #200
Houston, TX 77043-2317

*Federal National Mortgage Association
c/o Reka Beane
Ronald R. Wolfe and Associates, P.L.
PO Box 25018
Tampa, FL  33622-5018

*Nationstar Mortgage
PO Box 650783
Dallas, TX 75265-0783

(p)SETERUS INC
PO BOX 619096
DALLAS TX 75261-9096

*SunTrust Bank
c/o Arthur D. Rubin, Esq.
PO Box 47718
Jacksonville, FL 32247-7718

*The Bank of New York Mellon
c/o Shapiro, Fishman & Gache
4630 Woodland Corp. Ste 100
Tampa, FL 33614-2429

*Van Ru Credit Corporation
11069 Strang Line Rd. Bldg E
Lenexa, KS 66215-2181

BAC Home Loans
c/o Ronald R. Wolfe & Assoc
PO Box 25018
Tampa, FL 33622-5018

Bank of America
c/o Ronald R.Wolfe & Associates
P O Box 25018
Tampa, FL  33622-5018

Bank of America, N.A.
3185 South Conway Road, Suite E
Orlando, FL 32812-7315

Bank of America, N.A.
7105 Corporate Drive
MS PTX-B-35
Plano, TX 75024-4100

Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Fay Servicing, LLC
440 S. LaSalle Street
Suite 2000
Chicago, IL 60605-5011

Federal National Mortgage Association
(Fannie Mae)
c/o Seterus, Inc.
PO Box 1047 Hartford, CT 06143-1047

Federal National Mortgage Association
PO Box 2206
Grand Rapids, MI 49501-2206

Grete, Tiffany Lee
2413 Duncan Drive
Niceville, FL 32578-2915

I.R.S.
P. O. Box 7346
Philadelphia, PA  19101-7346

J. Steven Ford, Esquire
Post Office Drawer 13430
Pensacola, FL 32591-3430

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

PENNYMAC LOAN SERVICES, LLC
6101 CONDOR DRIVE SUITE #300
MOORPARK, CA 93021-2602

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029

Robert Clinton Grete
2413 Duncan Drive
Niceville, FL 32578-2915

U.S. Trustees Office
1418 Richard Russell Bldg
75 Spring St, S.W.
Atlanta, GA 30303-3315

USAA Federal Savings Bank
c/o Weinstein and Riley,, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Vantium Capital, Inc.
7880 Bent Branch Dr., Suite 150
Irving, TX 75063-6045

Ventures Trust 2013-I-H-R by MCM Capital Par
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354-2168

Ventures Trust 2013-I-H-R. by MCM Capital Pa
314 S. Franklin St.
Titusville, PA 16354-2168

Wilmington Savings Fund Society, FSB, d/b/a
C/o Fay Servicing
eXL Legal, PLLC
12425 28th Street, N. Suite 200
St. Petersburg, FL 33716-1826

J. Steven Ford
Wilson, Harrell, Farrington
307 S. Palafox Street
Pensacola, FL 32502-5929

Tiffany Lee Grete
2413 Duncan Drive
Niceville, FL 32578-2915

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS-Central Insolvency Operations
11601 Roosevelt Blvd, Mail Box N781
P.O. Box 21126
Philadelphia, PA 19114-0362

*Seterus Inc.
14523 SW Millikan Way Ste 200
Beaverton, OR 97005

Nationstar Mortgage LLC
Attn: Bankruptcy Department
350 Highland Drive
Lewisville, TX 75067

(d)Nationstar Mortgage LLC
P O Box 619096
Dallas, TX 75261-9741

Real Time Resolutions, Inc.
1349 Empire Central Dr, Ste #150
P.O. Box 36655
Dallas, Tx 75247

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(d)*Real Time Solutions, Inc.
PO Box 35888
Dallas, TX 75235-0888

(d)Robert Clinton Grete
2413 Duncan Drive
Niceville, FL 32578-2915

End of Label Matrix
Mailable recipients    57
Bypassed recipients     3
Total                  60